1180

No. 10–651. MELROSE, INC. *v.* CITY OF PITTSBURGH, PENN-SYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–652. PEOPLES *v.* DISCOVER FINANCIAL SERVICES, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–667. MIRANDA-MARIN ET AL. *v.* RODRIGUEZ-GARCIA. C. A. 1st Cir. Certiorari denied.

No. 10–674. FERNANDEZ *v.* FROST NATIONAL BANK ET AL. (Reported below: 315 S. W. 3d 494); and FERNANDEZ *v.* JOHN G. AND MARIE STELLA KENEDY MEMORIAL FOUNDATION (315 S. W. 3d 515). Sup. Ct. Tex. Certiorari denied.

No. 10–678. HOLLISTER *v.* SOETORO ET AL. C. A. D. C. Cir. Certiorari denied.

No. 10–698. TATE *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 10–709. BENTLEY *v.* ATLANTIC COUNTY, NEW JERSEY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–713. PATEL ET AL. *v.* CITY OF SANTA ROSA, CALIFOR-NIA, ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 10–729. MCNEIL - P. P. C., INC. *v.* VALDES ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 10–748. SANTHUFF ET UX. *v.* SEITZ. C. A. 11th Cir. Cer-tiorari denied.

No. 10–753. APODACA *v.* MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 10–756. PEREZ *v.* UNITED STATES. C. A. 7th Cir. Cer-tiorari denied.

No. 10–764. RYAN *v.* UNITED STATES. C. A. 9th Cir. Certio-rari denied.